DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PASCAL LEDESMA** and **JUSTINE ANSBERGA,**
Appellants,

v.

**1414 NE 5TH HOLDINGS, LLC,**
Appellee.

No. 4D2025-2887

[May 7, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. 062025CC060727AXXXCE.

Pascal Ledesma and Justine Ansberga, Fort Lauderdale, pro se.

Kevin Reed Jackson of Law Offices of Kevin Jackson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***